Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–26468–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hector A. Ramirez
   aka Hector L. Ramirez, aka Hector Ramirez
   749 Tacoma Boulevard
   Westville, NJ 08093

Social Security No.:
   xxx–xx–5893

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:              10/18/17
Time:              10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: August 15, 2017
JAN: lgr

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-26468-JNP
Hector A. Ramirez                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin             Page 1 of 2              Date Rcvd: Aug 15, 2017
                              Form ID: 132            Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2017.
```
db             +Hector A. Ramirez,    749 Tacoma Boulevard,    Westville, NJ 08093-2233
517001644      +Account Resolution Services,    1643 Harrison Pkwy,    Suite 100,
                 Fort Lauderdale, FL 33323-2857
517001645      +Advocare West Deptford Pediatrics,    646 Kings Highway,    West Deptford, NJ 08096-3145
517001646      +Apex Asset Management,    2501 Oregon Pike,    SUite 120,   Lancaster, PA 17601-4890
517001647       Bancroft NeuroHealth,    PO Box 95000-1466,    Philadelphia, PA 19195-1466
517001648      +Best Credit Repairman, Inc.,    c/o President, CEO, or Managing Partner,    187 Stevens Ave.,
                 Cedar Grove, NJ 07009-1110
517001649      +CENLAR FSB,    Attn: Bankruptcy Department,    PO Box 77404,    Ewing, NJ 08628-6404
517001650      +Cenlar FSB,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
517001651      +Chase/Bank One Card Svc-Bankruptcy Dept,    PO Box 15298,    Wilmington, DE 19850-5298
517001652       Children's Hospital of Philadelphia,    34th St and Civic Center Blvd,    Philadelphia, PA 19104
517001653      +Convergent Outsourcing, Inc.,    800 SW 39th Street,    Renton, WA 98057-4975
517001656       Drive New Jersey Insurance Company,    P.O. Box 89490,    Cleveland, OH 44101-6490
517001657      +Emergency Physicians Services of NJ,    175 MADISON AVE,    Mount Holly, NJ 08060-2038
517001658       Geico,   One Geico Plaza,    Bethesda, MD 20810-0001
517001659      +Gloucester County Sheriff,    Re: Sheriff # 17000379,    PO Box 376,    Woodbury, NJ 08096-7376
517001660      +Harris & Harris LTD,    111 West Jackson Blvd,    Suite 400,   Chicago, IL 60604-4135
517001661       IC Systems Inc,    PO Box 64378,    Saint Paul, MN 55164-0378
517001663      +James A Mayer, Esq.,    223 Old Hook Road,    Westwood, NJ 07675-3132
517001664       John D. Kernan, D.M.D.,    658 West Cuthbert Boulevard,    Westmont, NJ 08108-3642
517001665      +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,   Westmont, NJ 08108-2812
517001667      +Progressive Corporation,    6300 Wilson Mills Rd.,    Mayfield Village, OH 44143-2182
517001669       Rowan Medicine,    Faculty Practice Plan,    PO Box 635,    Bellmawr, NJ 08099-0635
517001670       Rowan-School of Osteopathic Medicine,    University Doctors,    POB 635,
                 Bellmawr, NJ 08099-0635
517001676     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695)
517001671       Seterus,   PO Box 1077,    Hartford, CT 06143-1077
517001672       Shell Point Mortgage Services,    PO Box 10826,    Greenville, SC 29603-0826
517001673      +Slate / Chase,    POB 15298,    Wilmington, DE 19850-5298
517001675      +Stark and Stark,    Re: Steward Financial Services,    c/o John L Laskey, Esq.,    993 Lenox Drive,
                 Lawrence Township, NJ 08648-2316
517001677      +Stern, Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway,    Sutie 302,
                 Roseland, NJ 07068-1640
517001678      +Steward Financial Services,    c/o President, CEO, or Managing Partner,
                 444 E Kings Highway, Suite 200,    Maple Shade, NJ 08052-3427
517001680     #+Verizon Wireless,    PO Box 26055,    Minneapolis, MN 55426-0055
517001681      +Viruta Health Voorhees,    2 Brighton Road,    Clifton, NJ 07012-1663
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2017 22:20:14     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2017 22:20:12     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517001654      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 15 2017 22:20:59
                 Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
517001655      +E-mail/Text: dtmua-mdt@dtmua.com Aug 15 2017 22:20:34     Deptford Township MUA,
                 898 Cattell Road,   Wenonah, NJ 08090-1521
517001660      +E-mail/Text: Harris@ebn.phinsolutions.com Aug 15 2017 22:21:11     Harris & Harris LTD,
                 111 West Jackson Blvd,    Suite 400,   Chicago, IL 60604-4135
517001662       E-mail/Text: cio.bncmail@irs.gov Aug 15 2017 22:19:53     Internal Revenue Service,
                 Centralized Insolvency Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517001666       E-mail/Text: camanagement@mtb.com Aug 15 2017 22:20:03     M&T Bank,   1100 Wehrle Drive,
                 Buffalo, NY 14221
517001668      +E-mail/Text: bankruptcy@pseg.com Aug 15 2017 22:19:34     PSE&G,   Attn: Bankruptcy Department,
                 PO Box 490,   Cranford, NJ 07016-0490
517001674      +E-mail/Text: bankruptcy@southjerseyfcu.com Aug 15 2017 22:20:13     South Jersey Federal C. U.,
                 PO Box 5530,   Deptford, NJ 08096-0530
517001679       E-mail/Text: jchrist@stewardfs.com Aug 15 2017 22:20:19     Steward Financial Services,
                 c/o President, CEO, or Managing Partner,    499 Old Kings Highway,    Maple Shade, NJ 08052
                                                                                                TOTAL: 10
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2             Date Rcvd: Aug 15, 2017
                              Form ID: 132             Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2017 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              S. Daniel Hutchison    on behalf of Debtor Hector A. Ramirez sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com;r3902
               6@notify.bestcase.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3