| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Hector A. Ramirez<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–5893<br>EIN: __–_____ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter:   13   8/14/17 |
| Case number: | 17–26468–JNP | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                           12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Hector A. Ramirez | |
| 2. | **All other names used in the last 8 years** | aka Hector L. Ramirez, aka Hector Ramirez | |
| 3. | **Address** | 749 Tacoma Boulevard<br>Westville, NJ 08093 | |
| 4. | **Debtor's attorney**<br>Name and address | S. Daniel Hutchison<br>Law Office of S. Daniel Hutchison<br>135 North Broad St.<br>Woodbury, NJ 08096 | Contact phone (856) 251–1235 |
| 5. | **Bankruptcy trustee**<br>Name and address | Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 – Suite 580<br>Cherry Hill, NJ 08002 | Contact phone (856) 663–5002 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>(800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 856–361–2300<br>Date: 8/15/17 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **September 14, 2017 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Chapter 13 Standing Trustee – Camden, Cherry Tree Corporate Center, 535 Route 38, Suite 150, Cherry Hill, NJ 08002** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/13/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/13/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**   30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan and notice of confirmation hearing will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 17-26468-JNP
Hector A. Ramirez                                                       Chapter 13
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2                   Date Rcvd: Aug 15, 2017
                              Form ID: 309I               Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2017.
db             +Hector A. Ramirez,    749 Tacoma Boulevard,    Westville, NJ 08093-2233
517001644      +Account Resolution Services,    1643 Harrison Pkwy,   Suite 100,
                 Fort Lauderdale, FL 33323-2857
517001645      +Advocare West Deptford Pediatrics,    646 Kings Highway,    West Deptford, NJ 08096-3145
517001646      +Apex Asset Management,    2501 Oregon Pike,   SUite 120,    Lancaster, PA 17601-4890
517001647       Bancroft NeuroHealth,    PO Box 95000-1466,   Philadelphia, PA 19195-1466
517001648      +Best Credit Repairman, Inc.,    c/o President, CEO, or Managing Partner,    187 Stevens Ave.,
                 Cedar Grove, NJ 07009-1110
517001649      +CENLAR FSB,    Attn: Bankruptcy Department,   PO Box 77404,    Ewing, NJ 08628-6404
517001650      +Cenlar FSB,    425 Phillips Blvd.,   Trenton, NJ 08618-1430
517001651      +Chase/Bank One Card Svc-Bankruptcy Dept,    PO Box 15298,    Wilmington, DE 19850-5298
517001652       Children's Hospital of Philadelphia,    34th St and Civic Center Blvd,    Philadelphia, PA 19104
517001656       Drive New Jersey Insurance Company,    P.O. Box 89490,    Cleveland, OH 44101-6490
517001657      +Emergency Physicians Services of NJ,    175 MADISON AVE,    Mount Holly, NJ 08060-2038
517001658       Geico,   One Geico Plaza,    Bethesda, MD 20810-0001
517001659      +Gloucester County Sheriff,    Re: Sheriff # 17000379,    PO Box 376,    Woodbury, NJ 08096-7376
517001660      +Harris & Harris LTD,    111 West Jackson Blvd,   Suite 400,    Chicago, IL 60604-4135
517001663      +James A Mayer, Esq.,    223 Old Hook Road,   Westwood, NJ 07675-3132
517001664       John D. Kernan, D.M.D.,    658 West Cuthbert Boulevard,    Westmont, NJ 08108-3642
517001665      +KML Law Group, PC,    216 Haddon Avenue,   Suite 406,    Westmont, NJ 08108-2812
517001667      +Progressive Corporation,    6300 Wilson Mills Rd.,   Mayfield Village, OH 44143-2182
517001669       Rowan Medicine,    Faculty Practice Plan,   PO Box 635,    Bellmawr, NJ 08099-0635
517001670       Rowan-School of Osteopathic Medicine,    University Doctors,    POB 635,
                 Bellmawr, NJ 08099-0635
517001676     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695)
517001671       Seterus,   PO Box 1077,    Hartford, CT 06143-1077
517001672       Shell Point Mortgage Services,    PO Box 10826,   Greenville, SC 29603-0826
517001675      +Stark and Stark,    Re: Steward Financial Services,   c/o John L Laskey, Esq.,    993 Lenox Drive,
                 Lawrence Township, NJ 08648-2316
517001677      +Stern, Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway,   Sutie 302,
                 Roseland, NJ 07068-1640
517001678      +Steward Financial Services,    c/o President, CEO, or Managing Partner,
                 444 E Kings Highway, Suite 200,    Maple Shade, NJ 08052-3427
517001681      +Viruta Health Voorhees,    2 Brighton Road,   Clifton, NJ 07012-1663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: sdhteamlaw@outlook.com Aug 15 2017 22:19:30      S. Daniel Hutchison,
                 Law Office of S. Daniel Hutchison,    135 North Broad St.,   Woodbury, NJ   08096
tr             +E-mail/Text: pmarraffa@standingtrustee.com Aug 15 2017 22:19:38      Isabel C. Balboa,
                 Chapter 13 Standing Trustee,    Cherry Tree Corporate Center,   535 Route 38 - Suite 580,
                 Cherry Hill, NJ 08002-2977
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2017 22:20:14      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2017 22:20:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517001653      +EDI: CONVERGENT.COM Aug 15 2017 22:04:00      Convergent Outsourcing, Inc.,   800 SW 39th Street,
                 Renton, WA 98057-4975
517001654      +EDI: CCS.COM Aug 15 2017 22:03:00      Credit Collection Services,   Two Wells Avenue,
                 Newton Center, MA 02459-3246
517001655      +E-mail/Text: dtmua-mdt@dtmua.com Aug 15 2017 22:20:34      Deptford Township MUA,
                 898 Cattell Road,   Wenonah, NJ 08090-1521
517001660      +EDI: PHINHARRIS Aug 15 2017 22:04:00      Harris & Harris LTD,    111 West Jackson Blvd,
                 Suite 400,   Chicago, IL 60604-4135
517001661       EDI: IIC9.COM Aug 15 2017 22:04:00      IC Systems Inc,    PO Box 64378,
                 Saint Paul, MN 55164-0378
517001662       EDI: IRS.COM Aug 15 2017 22:04:00      Internal Revenue Service,
                 Centralized Insolvency Service,    PO Box 7346,   Philadelphia, PA 19101-7346
517001666       E-mail/Text: camanagement@mtb.com Aug 15 2017 22:20:03      M&T Bank,   1100 Wehrle Drive,
                 Buffalo, NY 14221
517001668      +E-mail/Text: bankruptcy@pseg.com Aug 15 2017 22:19:34      PSE&G,   Attn: Bankruptcy Department,
                 PO Box 490,   Cranford, NJ 07016-0490
517001673      +EDI: CHASE.COM Aug 15 2017 22:04:00      Slate / Chase,   POB 15298,   Wilmington, DE 19850-5298
517001674      +E-mail/Text: bankruptcy@southjerseyfcu.com Aug 15 2017 22:20:13      South Jersey Federal C. U.,
                 PO Box 5530,   Deptford, NJ 08096-0530
517001679       E-mail/Text: jchrist@stewardfs.com Aug 15 2017 22:20:19      Steward Financial Services,
                 c/o President, CEO, or Managing Partner,    499 Old Kings Highway,   Maple Shade, NJ 08052
517001680      +EDI: VERIZONWIRE.COM Aug 15 2017 22:03:00      Verizon Wireless,   PO Box 26055,
                 Minneapolis, MN 55426-0055
                                                                                              TOTAL: 16
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Aug 15, 2017
                              Form ID: 309I            Total Noticed: 43
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2017 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0