Last revised: August 1, 2017

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

IN RE:  Hector A Ramirez

Case No.:
Judge:

Debtor(s)

**CHAPTER 13 PLAN AND MOTIONS**

■ Original  ☐ Modified/Notice Required  Date:
■ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ■ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ■ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

■ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

| Part 1: Payment and Length of Plan |
|---|
| a. The debtor shall pay $560.00 Monthly for 60 months to the Chapter 13 Trustee, starting on September 1, 2017 for approximately 60 months.<br><br>b. The debtor shall make plan payments to the Trustee from the following sources:<br>■ Future Earnings |

1

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2: Adequate Protection ■ NONE**

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| S. Daniel Hutchison, Esq. SH-6931New Jersey | Attorney Fees | 2,500.00 |
| Internal Revenue Service | Taxes and certain other debts | 500.00 |
| State of New Jersey | Taxes and certain other debts | 300.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
■ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

**Part 4: Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Shell Point Mortgage Services | 749 Tacoma Boulevard Deptford, NJ 08093 | 23,198.19 | 0.00 | 23,198.19 | 955.19 |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Deptford Township MUA | 749 Tacoma Boulevard Deptford, NJ 08093 | 292.58 | 0.00 | 292.58 | 0.00 |

c. **Secured claims excluded from 11 U.S.C. 506:** ■ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| -NONE- | | | | |

d. **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ■ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

allowed secured claim shall discharge the corresponding lien.

**e. Surrender ■ NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| -NONE- | | | |

**f. Secured Claims Unaffected by the Plan ☐ NONE**

The following secured claims are unaffected by the Plan:

Creditor
M&T Bank

**g. Secured Claims to be Paid in Full Through the Plan ■ NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| -NONE- | | |

### Part 5:  Unsecured Claims ■ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:
- ☐ Not less than $____ to be distributed *pro rata*
- ☐ Not less than ___ percent
- ■ *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

### Part 6:  Executory Contracts and Unexpired Leases ■ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| -NONE- | | | | |

### Part 7:  Motions ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☐ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Best Credit Repairman, Inc. | 749 Tacoma Boulevard Deptford, NJ 08093 | Judgment Lien | 2,000.00 | 105,000.00 | 0.00 | 149,853.77 | 2,000.00 |
| Steward Financial Services | 749 Tacoma Boulevard Deptford, NJ 08093 | Judgment Lien | 2,958.91 | 105,000.00 | 0.00 | 148,894.86 | 2,958.91 |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ■ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| -NONE- | | | | | |

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
- ■ Upon Confirmation
- ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions

5

2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

**d. Post-petition claims**

The Standing Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9 : Modification ■ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified:____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| | |

| Are Schedules I and J being filed simultaneously with this modified Plan? | ☐ Yes | ☐ No |
|---|---|---|

### Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures
■ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date    August 13, 2017        /s/ S. Daniel Hutchison, Esq.
                               S. Daniel Hutchison, Esq. SH-6931 New Jersey
                               Attorney for the Debtor

Date:   August 13, 2017        /s/ Hector A Ramirez
                               Hector A Ramirez
                               Debtor

Date:                          
                               Joint Debtor

### Signatures

The Debtor(s) and the attorney for the Debtor(s) if any, must sign this Plan.

Date    August 13, 2017        /s/ S. Daniel Hutchison, Esq.
                               S. Daniel Hutchison, Esq. SH-6931 New Jersey
                               Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date:   August 13, 2017        /s/ Hector A Ramirez
                               Hector A Ramirez
                               Debtor

Date:

6

Joint Debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                                Best Case Bankruptcy

Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 17-26468-JNP
Hector A. Ramirez                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2                  Date Rcvd: Aug 15, 2017
                              Form ID: pdf901          Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2017.
```
db              +Hector A. Ramirez,    749 Tacoma Boulevard,    Westville, NJ 08093-2233
517001644       +Account Resolution Services,    1643 Harrison Pkwy,    Suite 100,
                  Fort Lauderdale, FL 33323-2857
517001645       +Advocare West Deptford Pediatrics,    646 Kings Highway,    West Deptford, NJ 08096-3145
517001646       +Apex Asset Management,    2501 Oregon Pike,    SUite 120,    Lancaster, PA 17601-4890
517001647        Bancroft NeuroHealth,    PO Box 95000-1466,    Philadelphia, PA 19195-1466
517001648       +Best Credit Repairman, Inc.,    c/o President, CEO, or Managing Partner,    187 Stevens Ave.,
                  Cedar Grove, NJ 07009-1110
517001649       +CENLAR FSB,    Attn: Bankruptcy Department,    PO Box 77404,    Ewing, NJ 08628-6404
517001650       +Cenlar FSB,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
517001651       +Chase/Bank One Card Svc-Bankruptcy Dept,    PO Box 15298,    Wilmington, DE 19850-5298
517001652        Children's Hospital of Philadelphia,    34th St and Civic Center Blvd,    Philadelphia, PA 19104
517001653       +Convergent Outsourcing, Inc.,    800 SW 39th Street,    Renton, WA 98057-4975
517001656        Drive New Jersey Insurance Company,    P.O. Box 89490,    Cleveland, OH 44101-6490
517001657       +Emergency Physicians Services of NJ,    175 MADISON AVE,    Mount Holly, NJ 08060-2038
517001658        Geico,    One Geico Plaza,    Bethesda, MD 20810-0001
517001659       +Gloucester County Sheriff,    Re: Sheriff # 17000379,    PO Box 376,    Woodbury, NJ 08096-7376
517001660       +Harris & Harris LTD,    111 West Jackson Blvd,    Suite 400,    Chicago, IL 60604-4135
517001661        IC Systems Inc,    PO Box 64378,    Saint Paul, MN 55164-0378
517001663       +James A Mayer, Esq.,    223 Old Hook Road,    Westwood, NJ 07675-3132
517001664        John D. Kernan, D.M.D.,    658 West Cuthbert Boulevard,    Westmont, NJ 08108-3642
517001665       +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
517001667       +Progressive Corporation,    6300 Wilson Mills Rd.,    Mayfield Village, OH 44143-2182
517001669        Rowan Medicine,    Faculty Practice Plan,    PO Box 635,    Bellmawr, NJ 08099-0635
517001670        Rowan-School of Osteopathic Medicine,    University Doctors,    POB 635,
                  Bellmawr, NJ 08099-0635
517001676       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Division of Taxation,    PO Box 245,
                  Trenton, NJ 08695)
517001671        Seterus,    PO Box 1077,    Hartford, CT 06143-1077
517001672        Shell Point Mortgage Services,    PO Box 10826,    Greenville, SC 29603-0826
517001673       +Slate / Chase,    POB 15298,    Wilmington, DE 19850-5298
517001675       +Stark and Stark,    Re: Steward Financial Services,    c/o John L Laskey, Esq.,    993 Lenox Drive,
                  Lawrence Township, NJ 08648-2316
517001677       +Stern, Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway,    Sutie 302,
                  Roseland, NJ 07068-1640
517001678       +Steward Financial Services,    c/o President, CEO, or Managing Partner,
                  444 E Kings Highway, Suite 200,    Maple Shade, NJ 08052-3427
517001680       #+Verizon Wireless,    PO Box 26055,    Minneapolis, MN 55426-0055
517001681       +Viruta Health Voorhees,    2 Brighton Road,    Clifton, NJ 07012-1663
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2017 22:20:14      U.S. Attorney,   970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2017 22:20:12      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517001654       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 15 2017 22:20:59
                  Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
517001655       +E-mail/Text: dtmua-mdt@dtmua.com Aug 15 2017 22:20:34      Deptford Township MUA,
                  898 Cattell Road,    Wenonah, NJ 08090-1521
517001660       +E-mail/Text: Harris@ebn.phinsolutions.com Aug 15 2017 22:21:11      Harris & Harris LTD,
                  111 West Jackson Blvd,    Suite 400,    Chicago, IL 60604-4135
517001662        E-mail/Text: cio.bncmail@irs.gov Aug 15 2017 22:19:54      Internal Revenue Service,
                  Centralized Insolvency Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517001666        E-mail/Text: camanagement@mtb.com Aug 15 2017 22:20:03      M&T Bank,    1100 Wehrle Drive,
                  Buffalo, NY 14221
517001668       +E-mail/Text: bankruptcy@pseg.com Aug 15 2017 22:19:34      PSE&G,    Attn:  Bankruptcy Department,
                  PO Box 490,    Cranford, NJ 07016-0490
517001674       +E-mail/Text: bankruptcy@southjerseyfcu.com Aug 15 2017 22:20:13      South Jersey Federal C. U.,
                  PO Box 5530,    Deptford, NJ 08096-0530
517001679        E-mail/Text: jchrist@stewardfs.com Aug 15 2017 22:20:19      Steward Financial Services,
                  c/o President, CEO, or Managing Partner,    499 Old Kings Highway,   Maple Shade, NJ 08052
                                                                                               TOTAL: 10
```

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Aug 15, 2017
                              Form ID: pdf901          Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2017 at the address(es) listed below:
              S. Daniel Hutchison    on behalf of Debtor Hector A. Ramirez sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com;r39026@notify.bestcase.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 2