UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices of S. Daniel Hutchison
135 N. Broad Street
Woodbury, NJ 08096
Phone: 856-251-1235

S. Daniel Hutchison, Esq.
Attorney for Debtor(s)

**Order Filed on October 27, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Hector A. Ramirez

Case No.: 17-26468

Chapter: 13

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 27, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____S. Daniel Hutchison, Esq._____, the applicant, is allowed a fee of $ _____100.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____100.00_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____562.00_____ per month for _____58_____ months to allow for payment of the above fee.

*rev.8/1/15*

Case 17-26463-JNP    Doc 248-1    Filed 10/17/19    Entered 10/17/19 09:54:48    Desc Main
Proposed Order    Page 2 of 2