| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Hector A. Ramirez<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5893<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   17–26468–JNP | | |

# Order of Discharge     12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Hector A. Ramirez
    aka Hector L. Ramirez, aka Hector Ramirez

<u>6/7/23</u>                                      **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                          **Chapter 13 Discharge**                          page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Hector A. Ramirez  
    Debtor

Case No. 17-26468-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jun 07, 2023      Form ID: 3180W      Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Hector A. Ramirez, 749 Tacoma Boulevard, Westville, NJ 08093-2233 |
| cr | + | SJFCU, 1615 Huffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| cr | + | Steward Financial Services, c/o Stark & Stark, 993 Lenox Drive, Lawrenceville, NJ 08648-2316 |
| 517001645 | + | Advocare West Deptford Pediatrics, 646 Kings Highway, West Deptford, NJ 08096-3145 |
| 517001647 | | Bancroft NeuroHealth, PO Box 95000-1466, Philadelphia, PA 19195-1466 |
| 517001648 | + | Best Credit Repairman, Inc., c/o President, CEO, or Managing Partner, 187 Stevens Ave., Cedar Grove, NJ 07009-1110 |
| 517001651 | + | Chase/Bank One Card Svc-Bankruptcy Dept, PO Box 15298, Wilmington, DE 19850-5298 |
| 517001652 | | Children's Hospital of Philadelphia, 34th St and Civic Center Blvd, Philadelphia, PA 19104 |
| 517315014 | + | Deptford Township MUA, P.O. Box 5428, Deptford, NJ 08096-0428 |
| 517001656 | | Drive New Jersey Insurance Company, P.O. Box 89490, Cleveland, OH 44101-6490 |
| 517001657 | + | Emergency Physicians Services of NJ, 175 MADISON AVE, Mount Holly, NJ 08060-2038 |
| 517001659 | + | Gloucester County Sheriff, Re: Sheriff # 17000379, PO Box 376, Woodbury, NJ 08096-7376 |
| 517001663 | + | James A Mayer, Esq., 223 Old Hook Road, Westwood, NJ 07675-3132 |
| 517001664 | | John D. Kernan, D.M.D., 658 West Cuthbert Boulevard, Westmont, NJ 08108-3642 |
| 518863509 | + | LEGACY MORTGAGE ASSET TRUST 2020-RPL1, c/o Frenkel Lambert Weiss Weisman & Gord, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| 517023312 | | Police & Firemens Retirement System Board of Trust, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108 |
| 517001669 | | Rowan Medicine, Faculty Practice Plan, PO Box 635, Bellmawr, NJ 08099-0635 |
| 517001670 | | Rowan-School of Osteopathic Medicine, University Doctors, POB 635, Bellmawr, NJ 08099-0635 |
| 517001671 | | Seterus, PO Box 1077, Hartford, CT 06143-1077 |
| 517001675 | + | Stark and Stark, Re: Steward Financial Services, c/o John L Laskey, Esq., 993 Lenox Drive, Lawrence Township, NJ 08648-2316 |
| 517001676 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517001677 | #+ | Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Sutie 302, Roseland, NJ 07068-1640 |
| 517153751 | + | Steward Financial Services, Stark & Stark, 993 Lenox Drive, Lawrenceville NJ 08648-2389 |
| 517144901 | | Steward Financial Services, c/o Stark & Stark, P.C., P.O. Box 5315, Princeton, NJ 08543-5315, Attn: Jennifer D. Gould, Esq. |
| 517001681 | + | Viruta Health Voorhees, 2 Brighton Road, Clifton, NJ 07012-1663 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 07 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 07 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517001644 | ^ | MEBN | Jun 07 2023 20:46:30 | Account Resolution Services, 1643 Harrison Pkwy, Suite 100, Fort Lauderdale, FL 33323-2857 |

Case 17-26468-JNP    Doc 69    Filed 06/09/23    Entered 06/10/23 00:16:03    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 07, 2023 | Form ID: 3180W | Total Noticed: 52 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 517001646 | ^ MEBN | Jun 07 2023 20:45:06 | Apex Asset Management, 2501 Oregon Pike, SUite 120, Lancaster, PA 17601-4890 |
| 517001649 | Email/Text: BKelectronicnotices@cenlar.com | Jun 07 2023 20:51:00 | CENLAR FSB, Attn: Bankruptcy Department, PO Box 77404, Ewing, NJ 08628 |
| 517001650 | Email/Text: BKelectronicnotices@cenlar.com | Jun 07 2023 20:51:00 | Cenlar FSB, 425 Phillips Blvd., Trenton, NJ 08618 |
| 517001653 | + EDI: CONVERGENT.COM | Jun 08 2023 00:37:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, Renton, WA 98057-4927 |
| 517001654 | + EDI: CCS.COM | Jun 08 2023 00:37:00 | Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 517001655 | + Email/Text: dtmua-am@deptford-nj.org | Jun 07 2023 20:51:00 | Deptford Township MUA, 898 Cattell Road, Wenonah, NJ 08090-1521 |
| 517001658 | ^ MEBN | Jun 07 2023 20:44:46 | Geico, One Geico Plaza, Bethesda, MD 20810-0001 |
| 517001660 | + EDI: PHINHARRIS | Jun 08 2023 00:37:00 | Harris & Harris LTD, 111 West Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |
| 517001661 | EDI: LCIICSYSTEM | Jun 08 2023 00:37:00 | IC Systems Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 517001662 | EDI: IRS.COM | Jun 08 2023 00:37:00 | Internal Revenue Service, Centralized Insolvency Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517001673 | EDI: JPMORGANCHASE | Jun 08 2023 00:37:00 | Slate / Chase, POB 15298, Wilmington, DE 19850-5123 |
| 518868007 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 07 2023 20:51:00 | Legacy Mortgage Asset Trust 2020-RPL1, SPS, PO Box 65250, Salt Lake CIty, UT 84165-0250, Legacy Mortgage Asset Trust 2020-RPL1, SPS 84165-0250 |
| 518868006 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 07 2023 20:51:00 | Legacy Mortgage Asset Trust 2020-RPL1, SPS, PO Box 65250, Salt Lake CIty, UT 84165-0250 |
| 517001666 | Email/Text: camanagement@mtb.com | Jun 07 2023 20:51:00 | M&T Bank, 1100 Wehrle Drive, Buffalo, NY 14221 |
| 517193564 | + Email/Text: camanagement@mtb.com | Jun 07 2023 20:51:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 517228565 | Email/Text: mtgbk@shellpointmtg.com | Jun 07 2023 20:51:00 | MTGLQ Investors, L.P., c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517181529 | EDI: PRA.COM | Jun 08 2023 00:37:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517001668 | + Email/Text: bankruptcy@pseg.com | Jun 07 2023 20:50:00 | PSE&G, Attn: Bankruptcy Department, PO Box 490, Cranford, NJ 07016-0490 |
| 517001667 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jun 07 2023 20:51:00 | Progressive Corporation, 6300 Wilson Mills Rd., Mayfield Village, OH 44143-2182 |
| 517001672 | Email/Text: mtgbk@shellpointmtg.com | Jun 07 2023 20:51:00 | Shell Point Mortgage Services, PO Box 10826, Greenville, SC 29603-0826 |
| 517001674 | + Email/Text: courts@southjerseyfcu.com | Jun 07 2023 20:51:00 | South Jersey Federal C. U., PO Box 5530, Deptford, NJ 08096-0530 |
| 517001679 | Email/Text: jchrist@stewardfs.com | Jun 07 2023 20:51:00 | Steward Financial Services, c/o President, CEO, or Managing Partner, 499 Old Kings Highway, Maple Shade, NJ 08052 |
| 517122114 | + EDI: AIS.COM | Jun 08 2023 00:37:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517001680 | + EDI: VERIZONCOMB.COM | | |

Case 17-26468-JNP    Doc 69    Filed 06/09/23    Entered 06/10/23 00:16:03    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 07, 2023 | Form ID: 3180W | Total Noticed: 52 |

| | Jun 08 2023 00:37:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |
|---|---|---|

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517001665 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517001678 | ##+ | Steward Financial Services, c/o President, CEO, or Managing Partner, 444 E Kings Highway, Suite 200, Maple Shade, NJ 08052-3427 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2023              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Police & Firemens Retirement System Board of Trustees by its Administrative Agent New Jersey Housing & Mortgage Finance Agency dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Legacy Mortgage Asset Trust 2020-RPL1 dmcdonough@flwlaw.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer D. Gould | on behalf of Creditor Steward Financial Services jennifer.gould@volvo.com mdepietro@stark-stark.com |
| John F Newman | on behalf of Creditor SJFCU courts@firstharvestcu.com |
| Melissa S DiCerbo | on behalf of Creditor MTGLQ Investors L.P. nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| S. Daniel Hutchison | on behalf of Debtor Hector A. Ramirez sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9